**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE                                                                                                (206) 370-8810

March 4, 2024

Ian M. Leifer
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98401
ileifer@gth-law.com

Hari Kumar
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
kumarh@lanepowell.com

**Delivered Via CM/ECF**

    RE:   *Hernandez v. Interstate Fire & Casualty Company*, C23-1440RSL
          Stipulated Protective Order

Dear Counsel:

On February 12, 2024, the Court received your proposed "Stipulated Protective Order." Dkt. # 16.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect parties from annoyance, embarrassment, or undue burden or to protect confidential commercial information. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The agreed protective order submitted in this case is deficient because it gives too much discretion to the parties to designate information as "confidential." The proposed order mentions claims adjusting and training guidelines as subject to protection, but the parties

reserve for themselves the power to amend the list of "confidential" material as they see fit. Any protective order entered by the Court must clearly identify the class or type of documents subject to the order and the need for confidentiality. Any modification of a protective order entered by the Court must be approved and signed by the Court.

The agreed protective order received by the Court will remain lodged in the file, but will not be entered. The parties may resubmit a proposed order if they remedy the deficiency identified in this letter.

Sincerely,

*[signature]*

Robert S. Lasnik
United States District Judge