# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE ERNESTO AMAYA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-01440-RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on June 14, 2024, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within ninety (90) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 17th day of June, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1